PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | 05 CR 597-1 |
| **DOCKET NUMBER** *(Rec. Court)* | CR08-387 DLJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mr. Thomas Sunday-Abia | Illinois Northern | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | David H. Coar | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 4/11/08 | TO 4/10/11 |

**OFFENSE**

Wire Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MAY 19 2008
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of California**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 9, 2008
Effective Date

*[signature]*
United States District Judge